### (June 24, 1970)

■ EVELYN P. CONSTANTIN, as Executrix of CHARLES S. CONSTANTIN, Deceased, Respondent, v. COUNTY OF DUTCHESS et al., Appellants, et al., Defendant.— On the court's own motion, its decision [34 A D 2d 954] and order, both dated June 1, 1970 are amended to show that the panel of Justices who decided the appeal were "Rabin, Acting P. J., Hopkins, Martuscello, Latham and Brennan, JJ.", and not the panel indicated in said decision and order. Rabin, Acting P. J., Hopkins, Martuscello, Latham and Brennan, JJ., concur.

### (June 29, 1970)

■ THEDORE COFFMAN et al., Appellants, v. B. T. O. DINER CORP. et al., Respondents. (Action No. 1.) In the Matter of the Arbitration between THEDORE COFFMAN, Appellant, and HARRY DIKTABAN et al., Respondents. (Action No. 2.) — Motion by appellants for reconsideration of their appeal from an order of the Supreme Court, Nassau County, dated November 24, 1969, granted. Upon reconsideration, order of this court dated May 11, 1970 vacated and decision [34 A D 2d 789] also dated the same date recalled and the following decision substituted therefor: "Order of the Supreme Court, Nassau County, dated November 24, 1969, affirmed, with $10 costs and disbursements (*Kushlin* v. *Bialer*, 32 A D 2d 217, 218)." Christ, P. J., Rabin, Hopkins, Munder and Brennan, JJ., concur.

■ NICHOLAS J. DELAGI, Appellant-Respondent, v. KARIN A. DELAGI, Respondent-Appellant.— Motion by appellant-respondent denied insofar as it is to stay enforcement of the portion of an order of the Supreme Court, Westchester County, dated April 28, 1970, which directed him to pay $500 as defendant's counsel fee upon appeals from two orders of said court entered February 25, 1969, pending appeal from said order; and dismissed, as academic, insofar as it is to dissolve the stay in the same order of said court dated April 28, 1970 against his proceeding further in the action. Munder, Acting P. J., Martuscello, Latham, Kleinfeld and Benjamin, JJ., concur.